644

445 A.2d 204

In re Randy Scott Frederici.

Appeal of Randy Scott Frederici.

Submitted September 11, 1980.

Ellen L. Bernstein, for appellant; Peter Povanda, Assistant District Attorney, for Commonwealth, participating party.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

445 A.2d 204

In re Gresham.

Appeal of Concetta Verderame.

Argued December 5, 1980.

David S. Dessen, for appellant; Julius J. Jackson, III, submitted a brief on behalf of appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Appeal quashed.